UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIAH LOPEZ,<br><br>                          Plaintiff,<br><br>          -against-<br><br>THE CITY OF NEW YORK, ET AL.,<br><br>                          Defendants. | 25 CIVIL 03441 (GBD)<br><br>**CIVIL JUDGMENT** |

For the reasons stated in the April 13, 2026, order, Plaintiff's complaint, filed IFP under 28 U.S.C. § 1915(a)(1), is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), with 30 days' leave to replead. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

          SO ORDERED.


Dated:    June 17, 2026
          New York, New York


                                        /s/ George B. Daniels
                                        GEORGE B. DANIELS
                                        United States District Judge